## INDEX OF MATTERS BEING FILED

A. Copies of Pleadings/Process Served:

1. Certified Citation addressed to Juan Gomez

2. Plaintiff's Original Petition received by Juan Gomez

3. Letter from Secretary of State for Texas addressed to Noah's Transport enclosing a copy of process.

4. Plaintiff's Original Petition received by Noah's Transport.

B. A copy of the State Court file containing:

1. Plaintiff's Original Petition

2. Civil Case Information Sheet

3. Civil Process Request

4. Citation (Certified) to Juan Gomez

5. Citation (Certified) to Noahs Transport LLC

6. US Postal Service Certified Mail Receipt (c/o Texas Transporation Commission)

7. US Postal Service Certified Mail Receipt (Noah Transport LLC)

8. Green Card (Juan Gomez)

9. Green Card (Noah Transport)

10. Defendants' General Denial