# STATE COURT FILE

10/12/2015 5:05:30 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7339190
By: Nelson Cuero
Filed: 10/12/2015 5:05:30 PM

# 2015-60723 / Court: 133

NO. _____

| | | |
|---|---|---|
| ARLEEN SANCHEZ | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NOAH'S TRANSPORT, | § | |
| L.L.C., AND JUAN GOMEZ | § | _____ JUDICIAL DISTRICT |

## <u>PLAINTIFF'S ORIGINAL PETITION</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Arleen Sanchez, hereinafter referred to as Plaintiff, complaining of Noah's Transport, L.L.C. and Juan Gomez, hereinafter referred to as Defendants, and would respectfully show to the Court as follows:

1. Discovery is intended to be conducted under Level 3, Texas Rules of Civil Procedure, 190.4.

2. Plaintiff is a resident citizen of Waller County, Texas.

3. Defendant, Noah's Transport, L.L.C., is a Kansas limited liability company, whose only named member is a Kansas resident, which qualifies Defendant, Noah's Transport, L.L.C., as a nonresident of the State of Texas. Defendant, Noah's Transport, L.L.C., purposefully availed itself of Texas jurisdiction by doing business in the State of Texas and by owning a motor vehicle involved in a collision in the State of Texas. Defendant, Noah's Transport, L.L.C., is not registered to do business in the State of Texas and therefore can be served by serving the Texas Secretary of State at Service of Process, Secretary of State, P.O. Box 12079, Austin, Texas 78711-2079, pursuant to Section 17.044(a)(1) of the Texas Civil Practices and Remedies Code. The Texas Secretary of State shall provide notice to Defendant, Noah's Transport, L.L.C., by mailing a copy of the process to Defendant, Noah's Transport, L.L.C., at its home office: Noe R. Rivera, 5010

N. Saker St., Wichita, Kansas 67219, pursuant to Section 17.045(a) of the Texas Civil Practices and Remedies Code.

4.      Defendant, Juan Gomez, is a individual, nonresident of the State of Texas who was involved in a collision while operating a motor vehicle in the State of Texas. As such under the Texas Long-Arm Jurisdiction over nonresident Motor Vehicle Operator found in V.T.C.A., Civil Practice & Remedies Code, Chapter 17, Subchapter D §§ 17.061, 17.062, 17.063 and 17.064. Under these circumstances, the Chairman of the Texas Transportation Commission is an agent for service of process on Defendant, Juan Gomez. Furthermore, the cause of action alleged herein arises out of acts and omissions of Defendant, Juan Gomez, occurring in the State of Texas. Defendant, Juan Gomez, may be served with service of process by serving the Chairman of the Texas Transportation Commission, Tryon D. Lewis, 125 E. 11th Street, Austin, Texas 78701-2483. The Chairman of the Texas Transportation Commission shall mail to the nonresident a copy of the process and notice that the process has been served on the Chairman by registered mail, or by certified mail, return receipt requested, with postage prepaid, to Juan Gomez, 921 Pheasant Ridge, Emporia, Kansas 66801.

5.      This Court has jurisdiction over this case because this cause of action is for negligence and the subject matter of this lawsuit and the amount in controversy are all within the jurisdictional limits of this Court. Further, venue is proper in this Court because all or a substantial portion of the acts, events and/or omissions giving rise to the cause of action and the acts, events and/or omissions of negligence that proximately caused the occurrence in question and the injuries and damages sustained by your Plaintiff occurred within the territorial limits of Harris County, Texas.

Page 2

10/12/2015 5:05:30 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7339190
By: CUERO, NELSON
Filed: 10/12/2015 5:05:30 PM

# 2015-60728 / Court: 133

## SERVICE REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition

**FILE DATE OF MOTION:** _____ October 12, 2015 _____
                                    Month/          Day/          Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: Noah's Transport, L.L.C.
   ADDRESS: Service of Process, Secretary of State, P.O. Box 12079, Austin, Texas 78711-2079
   AGENT, (if applicable): Texas Secretary of State

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____
- ☐ **MAIL**                                 ☑ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:  ☐ **COURTHOUSE DOOR,** or
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** explain _____

*******************************************************************************************
****

2. NAME: Juan Gomez
   ADDRESS: 921 Pheasant Ridge, Emporia, Kansas 66801
   AGENT, (if applicable): Chairman of the Texas Transportation Commission

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____
- ☐ **MAIL**                                 ☑ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
     Type of Publication:  ☐ **COURTHOUSE DOOR,** or
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Gene S. Hagood          TEXAS BAR NO./ID NO. 08698400

MAILING ADDRESS: 1520 E. Highway 6, Alvin, TX 77511

PHONE NUMBER: 281   331-5757          FAX NUMBER: 281   331-1105
               area code  phone number                   area code  fax number

EMAIL ADDRESS: firm@h-nlaw.com

Page 1 of 2

Certified Document Number: 67416481 - Page 1 of 2

CIVIC09 Revised 9/3/00

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION   √
_____  AMENDED PETITION
_____  SUPPLEMENTAL PETITION

COUNTERCLAIM
_____  AMENDED COUNTERCLAIM
_____  SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____  AMENDED CROSS-ACTION
_____  SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____  AMENDED THIRD-PARTY PETITION
_____  SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____  AMENDED INTERVENTION
_____  SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____  AMENDED INTERPLEADER
_____  SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                         (specify)
    MOTION TO: _____
                         (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATTACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

CIVC108 Revised 0/2/00



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 7, 2015

Certified Document Number:      67416481 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

10/12/2015 5:05:30 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7339190
By: CUERO, NELSON
Filed: 10/12/2015 5:05:30 PM

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2015-60723 / Court: 133**   COURT *(FOR CLERK USE ONLY):*

STYLED Arleen Sanchez v. Noah's Transport, L.L.C. and Juan Gomez

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

### 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|---|
| **Name:** Gene S. Hagood | **Email:** firm@h-nlaw.com | **Plaintiff(s)/Petitioner(s):** Arleen Sanchez | ☑ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| **Address:** 1520 E. Highway 6 | **Telephone:** (281) 331-5757 | | Additional Parties in Child Support Case: |
| **City/State/Zip:** Alvin, TX 77511 | **Fax:** (281) 331-1105 | **Defendant(s)/Respondent(s):** Noah's Transport, L.L.C. and Juan Gomez | Custodial Parent:<br><br>Non-Custodial Parent: |
| **Signature:** | **State Bar No:** 08698400 | *[Attach additional page as necessary to list all parties]* | Presumed Father: |

### 2. Indicate case type, or identify the most important issue in the case *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other |
| *Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☑ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage: | **Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: | **Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order | |
| | | | **Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | **Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: | | |

### 3. Indicate procedure or remedy, if applicable *(may select more than 1):*

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

### 4. Indicate damages sought *(do not select if it is a family law case):*

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, but not more than $200,000
☑ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Certified Document Number: 67416479 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 7, 2015

Certified Document Number:        67416479 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

PLAINTIFF: SANCHEZ, ARLEEN

vs.

DEFENDANT: NOAH'S TRANSPORT L L C

In The 133rd
Judicial District Court
of Harris County, Texas
133RD DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: GOMEZ, JUAN BY SERVING THE CHAIRMAN OF THE TEXAS TRANSPORTATION
COMMISSION TRYON D LEWIS
125 E 11TH STREET AUSTIN TEXAS 78701-2483
FORWARD TO
921 PHEASANT RIDGE  EMPORIA KS 66801

**FILED**
Chris Daniel
District Clerk

OCT 1 6 2015

Time:_____
By_____
Harris County, Texas
Deputy

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>12th day of October, 2015</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 16th day of October, 2015, under my hand and
seal of said Court.

<u>Issued at request of:</u>
HAGOOD, GENE S.
1520 E. HIGHWAY 6
ALVIN, TX 77511
Tel: (281) 331-5757
<u>Bar No.:</u> 8698400

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline       Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: TAYLOR, SHANELLE L   3VT//10215897

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy    of    this    citation    together    with    an    attached    copy    of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106(a)
(2) TRCP, upon the Defendant as evidenced by the
return receipt incorporated herein and attached
hereto at _____

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 7, 2015

Certified Document Number:        67581633 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

PLAINTIFF: SANCHEZ, ARLEEN
vs.
DEFENDANT: NOAHS TRANSPORT L L C

Case 4:15-cv-03541 Document 1-3 Filed on 12/07/15 in TXSD Page 11 of 23

In The 133rd _____ Court
of Harris County, Texas
133RD DISTRICT COURT
Houston, TX

CONFIRMED FILE DATE: 10/16/2015

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: NOAHS TRANSPORT L L C MAY BE SERVED BY SERVING THE TEXAS SECRETARY
OF STATE
P O BOX 12079 AUSTIN TEXAS 78711-2079
FORWARD TO NOE R RIVERA
5010 N SAKER ST WICHITA KS 67219

**F I L E D**
Chris Daniel
District Clerk

OCT 1 6 2015

Time: _____
By _____

Harris County, Texas

Deputy

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>12th day of October, 2015</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 16th day of October, 2015, under my hand and
seal of said Court.

<u>Issued at request of:</u>
HAGOOD, GENE S.
1520 E. HIGHWAY 6
ALVIN, TX 77511
Tel: (281) 331-5757
<u>Bar No.:</u> 8698400

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: TAYLOR, SHANELLE L   3VT//10215897

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

_____

ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106(a)
(2) TRCP, upon the Defendant as evidenced by the
return receipt incorporated herein and attached
hereto at _____
_____
on _____ day of _____, _____
by U.S. Postal delivery to _____
_____

This citation was not executed for the following
reason: _____
_____

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 7, 2015

Certified Document Number:      67581687 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 10/22/2015



## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is not available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3800, April 2015 PSN 7530-02-000-9047 (Reverse)

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 67601784 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this  December 7, 2015

Certified Document Number:       67601784 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 10/22/2015



## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

OFFICIAL USE

RECEIVED
MR

Postmark 2 2015
Here

Chris Daniel
District Clerk

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage
$ 7.67

Sent To  Noah Transport LLC
c/o Texas Secretary of State

Street and Apt.  P.O. Box 12079

City, State, ZIP  Austin, Tx 78711

2015-60723     133rd

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1520 0003 3653 6515

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is not available for international mail.
- Insurance coverage is not available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 67601785 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   <u>December 7, 2015</u>


Certified Document Number:      <u>67601785 Total Pages:  1</u>


*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 10/29/2015



**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Juan Gomez
C/O: Texas Transportation Commission
125 E. 11th Street
Austin, Tx 78701
2015-60723   133rd

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail®     ☐ Priority Mail Express™
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)          7015 1520 0003 3653 6522

PS Form 3811, July 2013          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

2015 OCT 29
FILED
HARRIS DISTRICT COURT COUNTY
BY _____ MAIL

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

F I L E D
Chris Daniel
District Clerk

OCT 2 9 2015

Time: _____
Harris County, Texas
By _____
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 67682889 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 7, 2015


Certified Document Number:      67682889 Total Pages:  1


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 10/30/2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. 
    Noah Transport LLC
    C/O: Texas Secretary of State
    P.O. Box 12079
    Austin, Tx 78711
    **2015-60723   133rd**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OCT 27 2015

3. Service Type
☐ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7015 1520 0003 3653 6515

PS Form 3811, July 2013      Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY TEXAS

2015 OCT 30 AM 10: 1

BY_____ MAIL PROCESSING

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Certified Document Number: 67694077 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 7, 2015


Certified Document Number:      67694077 Total Pages:  1


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

NO. 2015-60723

| | | |
|---|---|---|
| ARLEEN SANCHEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NOAH'S TRANSPORT, L.L.C. AND | § | |
| JUAN GOMEZ | § | 133rd  JUDICIAL   DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Noah's Transport, L.L.C. and Juan Gomez (hereinafter "Defendants"), in response to Plaintiff's Original Petition, files this its Original Answer and would respectfully show as follows:

## GENERAL DENIAL

1.    As allowed by Rule 92 of the Texas Rules of Civil Procedure, Defendants deny generally the allegations contained in Plaintiff's Original Petition and demands strict proof of each of the allegations contained therein.

WHEREFORE, PREMISES CONSIDERED, Defendants Noah's Transport, L.L.C. and Juan Gomez, respectfully prays that upon trial of this case, Defendants have judgment in its favor, that Plaintiff take nothing by reason of this suit, that Defendants recover its costs incurred herein, and that Defendants receive such further and other relief it is justly entitled.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, PC


By:  */s/ Robert D. Brown* _____
Robert D. Brown
SBN 03164715
Jeffrey B. Haas
SBN: 24033804
3200 Southwest Freeway
Phoenix Tower, Suite 2310
Houston, Texas  77027-7525
Phone: 713-877-1112
Fax: 713-877-1138

ATTORNEY FOR DEFENDANTS
NOAH'S TRANSPORT, LLC AND
JUAN GOMEZ

## CERTIFICATE OF SERVICE

I hereby certify that, on the 7th day of December, 2015, a true and correct copy of the above and foregoing has been served by:

☒certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☐United States first class mail; ☐facsimile transmission; ☒electronic transmission on the following counsel:

Plaintiff's Attorney:
Gene S. Hagood
Emily T. Krone
Law Office of Gene S. Hagood
1520 e. Highway 6
Alvin, TX 77511
Phone: 281-331-5757
Fax: 281-331-1105

/s/ Robert D. Brown
Robert D. Brown/Jeffrey B. Haas

3